IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN THE MATTER OF: : MISCELLANEOUS
:
: NO. 02-133
:
THOMAS WILLIAM MOORE, JR. :

ORDER

AND NOW, this          day of August, 2002, the respondent having been ordered on June 17, 2002 to show cause within thirty (30) days why he should not be transferred to inactive status from the practice of law by the Supreme Court of Pennsylvania, and the respondent not having answered or requested a hearing, it is hereby

ORDERED that the respondent is transferred to inactive status in this court pending further action by the Supreme Court of Pennsylvania.

BY THE COURT:

_____
JAMES T. GILES
Chief Judge